IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARRY L. TAUB,

       Plaintiff,

v.

GEORGE S. PITCHER and
LEWIS BRISBOIS BISGAARD
& SMITH, LLP,

       Defendants.

_____

Civ. No. 6:22-cv-01165-MK

ORDER

MCSHANE, Judge:

       Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 15), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 15) is adopted. Defendants' Motion to Dismiss (ECF No. 9) is GRANTED and Plaintiff's Amended Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

       DATED this 23rd day of March, 2023.

                                      _____/s/ Michael J. McShane_____
                                              Michael McShane
                                          United States District Judge